# EXHIBIT A



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

## Guardian TCPA Report

**Prepared for DMS - Digital Media Solutions**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 5F27BE88-B823-15EC-8986-E265D6FFFC3F |
| Event Date | 01/15/2023 |
| Event Time | 06:47:14 AM MST |
| IP Address | 107.115.239.18 |

| Disclosure Information: | |
|---|---|
| Query Date | 03/15/2023 |
| Query Time | 10:44:15 AM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I DECLARE THAT I AM A U.S RESIDENT OVER 18, I AGREE TO THE PRIVACY POLICY AND TERMS, I PROVIDE MY CONSENT AND SIGNATURE TO HAVE A REPRESENTATIVE FROM JOBSFLAG, ADVOCACY CENTER, ALLSTATE, AMERICAN POLICE OFFICERS ALLIANCE, AUTO HELP CENTER, CAREER HELPER, CONSUMER AUTO SERVICES, CONSUMER COUNCIL, FUENTES, INFINITY ONE, INSURANCE GUIDE, INSURANCE GUIDE, JOB HUNT HELPER, JOB RESOURCE CENTER, LIFEMATTERS, LOAN RESOURCE CENTER, MEDICARE REWARDS, NATIONAL DEBT HELPERS, NATIONAL POLICE & SHERRIFF'S COALITION PAC, QUICK JOB FINDER, ROCKETJOBS, SENIOR AID HELPER, SENIOR LIFE, TOP OFFERS, USA RATE CENTER, YOUR CAREER HELPER, YOUR DEGREE HELPER, YOUR FINANCIAL GUIDE, AND YOUR SUPPORT GUIDE CONTACT ME REGARDING CAREER OPPORTUNITIES, EDUCATION OPPORTUNITIES, FINANCIAL AND HEALTH PRODUCTS AND SERVICES AT THE EMAIL AND PHONE NUMBER PROVIDED, INCLUDING WIRELESS, USING AUTOMATED TECHNOLOGY, PRE-RECORDED CALLS AND/OR TEXT MESSAGES, AND MY CONSENT IS NOT A CONDITION OF PURCHASE. IN ADDITION, I AGREE TO RECEIVE SPECIAL OFFERS BY EMAIL FROM JOBSFLAG AND NEWJOBCONNECTIONS, AS WELL AS JOB ALERTS FROM YOUR ADVERTISING PARTNERS. BY CLICKING "CONTINUE", I AGREE TO BE CONTACTED BY JOBSFLAG TO DISCUSS JOB OPENINGS AND CAREER ALERTS AT THE WIRELESS NUMBER PROVIDED THROUGH THE USE OF AN AUTOMATED DIALER VIA PHONE CALL OR SMS. JOB ALERTS: DAILY MESSAGES FOR JOB OPENINGS, APPLICATIONS AND OPPORTUNITIES. MSG&DATA RATES MAY APPLY. REPLY STOP TO 85516 TO CANCEL AND HELP FOR MORE INFO. CARRIERS ARE NOT LIABLE FOR DELAYED OR UNDELIVERED MESSAGES. CONSENT IS NOT REQUIRED FOR USE OF THIS SERVICE. JOBSFLAG.COM IS A JOB SEARCH ENGINE. WE ARE NOT AN AGENT OR REPRESENTATIVE OF ANY EMPLOYER. SKIP |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/5F27BE88-B823-15EC-8986-E265D6FFFC3F/1678891455.3122?key=1673790435091

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY