## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **AMANDA REIDT**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**ADVANCED MARKETING AND PROCESSING, INC. d/b/a PROTECT MY CAR**,<br><br>*Defendant*. | CASE NO. 3:23-cv-00234-slc |

### DECLARATION OF AMANDA REIDT
### IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
### AND TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

I, Amanda Reidt, declare under penalty of perjury:

1. I am an adult over 18 years of age.

2. I have personal knowledge of the facts set forth herein. I could and would testify to them if called upon to do so.

3. I seek to serve as a class representative as requested in the Complaint.

4. This declaration is made in opposition to Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Class Action Complaint.

5. I placed my telephone number ending in 7249 on the National Do Not Call registry on November 10, 2009. I have never removed it.

6. I never visited http://jobsflag.com, before hearing about it during the course of this litigation, after the case was filed on April 17, 2023. I never authorized anyone to visit that website on my behalf.

7. I have never provided information attributable to me on or agreed to any contract on http://jobsflag.com, nor have I authorized anyone to do so on my behalf.

8. I reviewed the "Lead Event Information" provided by the Defendant that includes an "Event Time" and "IP Address."

9. My IP Address does not match the IP Address (107.155.239.18) associated with the "Lead Event Information."

10. An internet search for information associated with the IP Address 107.155.239.18 reveals that it is associated with the Internet Service Provider "Sentris Network LLC." *See* Exhibit A.

11. My Internet Service Provider is not Sentris Network LLC.

12. The IP Address 107.155.239.18 is associated with a location in Seattle, Washington.

13. I was not in Seattle, Washington on January 15, 2023 at 6:47:14 AM MST.

14. I was in Fall Creek, WI on January 15, 2023 at 6:47:14 AM MST.

15. January 15, 2023 was a Sunday.

16. I believe that I would have been asleep at this time, because I normally do not wake up until 9:00am on Sundays.

17. If a person did indeed put information attributable to me into a website on January 15, 2023, I do not know who it was or why he or she did it.

18. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 7/19/2023 | 9:17 AM PDT .

BY: _____
AMANDA REIDT