

(/)



(https://contest.ip2location.com/)

## What is IP Geolocation?

IP Geolocation is the identification of the geographic location of a device, such as a mobile phone, gadget, laptop, server and so on, by using an IP address.

## Geolocation Search

Enter an IP address to obtain geolocation information.

| 107.155.239.18 | Search |

≡  IP Information - 107.155.239.18

**EXHIBIT A**

# GEOLOCATION ☰

(/)



W3C Geolocation API Demo

| Country | Region | City |
|---|---|---|
| United States of America 🇺🇸 | Washington | Seattle |

| ZIP or Postal Code | Latitude | Longitude |
|---|---|---|
| 98101 | 47.604309 | -122.329845 |

| ISP | Domain Name | Usage Type |
|---|---|---|
| Sentris Network LLC | sentris.net [WHOIS] (https://www.ip2whois.com/domain/sentris.net) [Check Mail Server] (https://www.mailboxvalidator.com/domain/sentris.net) | DCH |

| Weather | Time Zone | Local Time |
|---|---|---|
| View Weather (https://www.weatherdatasource.com/107.155.239.18) | America/Los_Angeles | 2023-07-18T10:45:04-07:00 |



(/)

| AS Number | AS Name |
|---|---|
| 29802 | Hivelocity Inc. |

| Proxy | Proxy Provider |
|---|---|
| No | - |

The IP geolocation data is powered by https://www.ip2location.io (https://www.ip2location.io).

## IP Geolocation API

Get

```
$ curl "https://api.ip2location.io/?key={YOUR_API_KEY}&ip=107.155.239.18"
```

Response

# GEOLOCATION ≡

(/)

```
            "city_name": "Seattle",
            "latitude": 47.604309,
            "longitude": -122.329845,
            "zip_code": "98101",
            "time_zone": "-07:00",
            "asn": "29802",
            "as": "Hivelocity Inc.",
            "isp": "Sentris Network LLC",
            "domain": "sentris.net",
            "net_speed": "T1",
            "idd_code": "1",
            "area_code": "206\/425",
            "weather_station_code": "USWA0395",
            "weather_station_name": "Seattle",
            "mcc": "-",
            "mnc": "-",
            "mobile_brand": "-",
            "elevation": 34,
            "usage_type": "DCH",
            "address_type": "Unicast",
            "continent": {
                "name": "North America",
                "code": "NA",
                "hemisphere": [
                    "north",
                    "west"
                ],
                "translation": {
                    "lang": null,
                    "value": null
                }
            },
            "district": "King County",
            "country": {
                "name": "United States of America",
                "alpha3_code": "USA",
                "numeric_code": 840,
                "demonym": "Americans",
                "flag": "https:\/\/cdn.ip2location.io\/assets\/img\/flags\/us.png",
                "capital": "Washington, D.C.",
                "total_area": 9826675,
                "population": 331002651,
                "currency": {
                    "code": "USD",
```

# GEOLOCATION ≡
(/)

```
                "name": "English"
            },
            "tld": "us",
            "translation": {
                "lang": null,
                "value": null
            }
        },
        "region": {
            "name": "Washington",
            "code": "US-WA",
            "translation": {
                "lang": "",
                "value": ""
            }
        },
        "city": {
            "name": "Seattle",
            "translation": {
                "lang": null,
                "value": null
            }
        },
        "time_zone_info": {
            "olson": "America\/Los_Angeles",
            "current_time": "2023-07-18T10:45:04-07:00",
            "gmt_offset": -25200,
            "is_dst": true,
            "sunrise": "05:30",
            "sunset": "21:00"
        },
        "geotargeting": {
            "metro": "819"
        },
        "ads_category": "IAB19-11",
        "ads_category_name": "Data Centers",
        "is_proxy": false,
        "proxy": {
            "last_seen": 17,
            "proxy_type": "DCH",
            "threat": "-",
            "provider": "-"
        }
    }
```



(/)



## IP Geolocation

IP Geolocation (https://www.ip2location.com) is a technique to lookup for visitor\'s geolocation information, such as country, region, city, ZIP code/postal code, latitude, longitude, domain, ISP, area code, mobile data, weather data, usage type, proxy data, elevation and so on, using an IP address. This IP lookup data source can be found in various forms, for example, database, file, and web service, for users to build the geolocation solutions. This technology is widely used in firewalls, domain name servers, ad servers, routing, mail systems, web sites, and other automated systems where geolocation may be useful. You can visit IP2Location.com (https://www.ip2location.com) to learn more.

Find Out More (https://www.ip2location.com)



## W3C Geolocation API

W3C Geolocation API is an effort by the World Wide Web Consortium (W3C) to standardize an interface to retrieve the geographical location information for a client-side device. The most common sources of location information are IP address, Wi-Fi and Bluetooth MAC address, radio-frequency identification (RFID), Wi-Fi connection location, or device Global Positioning System (GPS) and GSM/CDMA cell IDs. The location is returned with a given accuracy depending on the best location information source available.


(/)



## Geocoding

Geocoding is often related to Geolocation. It is a process of finding associated geographic coordinates (latitude and longitude) from other geographic data such as city or address. With geographic coordinates, the features can be mapped and entered into Geographic Information Systems. Reverse geocoding is the finding an associated textual location such as an address, from geographic coordinates. You can visit GeoDataSource.com (https://www.geodatasource.com) for a comprehensive list of world cities with latitude and longitude.

Find Out More (https://www.geodatasource.com)

# Free IP Geolocation Downloads

## IP2Location LITE Databases

**DB1**   IP2Location™ LITE IP-COUNTRY Database (https://lite.ip2location.com/database/db1-ip-country)

**DB3**   IP2Location™ LITE IP-COUNTRY-REGION-CITY Database (https://lite.ip2location.com/database/db3-ip-country-region-city)

**DB5**   IP2Location™ LITE IP-COUNTRY-REGION-CITY-LATITUDE-LONGITUDE Database (https://lite.ip2location.com/database/db5-ip-country-region-city-latitude-longitude)

**DB9**   IP2Location™ LITE IP-COUNTRY-REGION-CITY-LATITUDE-LONGITUDE-ZIPCODE Database (https://lite.ip2location.com/database/db9-ip-country-region-city-latitude-longitude-zipcode)

**DB11**  IP2Location™ LITE IP-COUNTRY-REGION-CITY-LATITUDE-LONGITUDE-ZIPCODE-TIMEZONE



(/)

## IP2Proxy LITE Databases

PX1    IP2Proxy™ LITE IP-COUNTRY Database (https://lite.ip2location.com/database/px1-ip-country)

PX2    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY Database (https://lite.ip2location.com/database/px2-ip-proxytype-country)

PX3    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY Database (https://lite.ip2location.com/database/px3-ip-proxytype-country-region-city)

PX4    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP Database (https://lite.ip2location.com/database/px4-ip-proxytype-country-region-city-isp)

PX5    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN Database (https://lite.ip2location.com/database/px5-ip-proxytype-country-region-city-isp-domain)

PX6    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN-USAGETYPE Database (https://lite.ip2location.com/database/px6-ip-proxytype-country-region-city-isp-domain-usagetype)

PX7    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN-USAGETYPE-ASN Database (https://lite.ip2location.com/database/px7-ip-proxytype-country-region-city-isp-domain-usagetype-asn)

PX8    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN-USAGETYPE-ASN-LASTSEEN Database (https://lite.ip2location.com/database/px8-ip-proxytype-country-region-city-isp-domain-usagetype-asn-lastseen)

PX9    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN-USAGETYPE-ASN-LASTSEEN-THREAT Database (https://lite.ip2location.com/database/px9-ip-proxytype-country-region-city-isp-domain-usagetype-asn-lastseen-threat)

PX10    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN-USAGETYPE-ASN-LASTSEEN-THREAT-RESIDENTIAL Database (https://lite.ip2location.com/database/px10-ip-proxytype-country-region-city-isp-domain-usagetype-asn-lastseen-threat-residential)

PX11    IP2Proxy™ LITE IP-PROXYTYPE-COUNTRY-REGION-CITY-ISP-DOMAIN-USAGETYPE-ASN-LASTSEEN-THREAT-RESIDENTIAL-PROVIDER Database (https://lite.ip2location.com/database/px11-ip-proxytype-country-region-city-isp-domain-usagetype-asn-lastseen-threat-residential-provider)



(/)



Continent Multilingual (https://www.ip2location.com/free/continent-multilingual)

This database provides you the continent name for up to 81 different languages.



Country Multilingual (https://www.ip2location.com/free/country-multilingual)

This database provides you the country name for up to 81 different languages.



City Multilingual (https://www.ip2location.com/free/city-multilingual)

This database provides you the region and city name in their country native language.

## World Cities Database



GeoDataSource™ World Cities Database Free Edition (GAFN) (https://www.geodatasource.com/world-cities-database/free)

This database provides you a list of cities and country codes.

## Other Databases



(/)

## ZIP Code to Metro (https://www.ip2location.com/free/zipcode-metro)

This database provides you the mapping of ZIP Code to Metro.



## United States State Code (/downloads/us-state-code.zip)

A complete list of US state codes and names. Example, ALABAMA -> AL, ALASKA -> AK.

 (https://www.ip2location.com/?utm_source=hexasoft&utm_medium=banner&

utm_term=geolocation&utm_content=skyscraper&utm_campaign=hexasoft%20banner)


(/)

 (https://www.ip2location.com/free/widgets)

 (https://contest.ip2location.com)



 (https://www.ip2location.io/)



(/)



TRY IT NOW



(/)
To identify the geographic location of a device.

## Languages

ENGLISH (/EN_US)

日本語 (/JA)

简体中文 (/ZH_CN)

繁體中文 (/ZH_TW)

EESTI KEEL (/ET)

MALAY (/MS)

DANSK (/DA)

NEDERLANDS (/NL)

GAEILGE (/GA)

PORTUGUÊS (/PT)

TÜRKÇE (/TR)

ITALIANO (/IT)



(/)

РУССКИЙ ЯЗЫК (/RU)

DEUTSCH (/DE)

FRANÇAIS (/FR)

SUOMEN KIELI (/FI)

ČESKY (/CS)

العربية (/AR)

한국어 (/KO)

## Featured Sites

IP2LOCATION GEOLOCATION TECHNOLOGY (HTTPS://WWW.IP2LOCATION.COM)

CREDIT CARD FRAUD DETECTION (HTTPS://WWW.FRAUDLABSPRO.COM)

WORLD CITIES DATABASE (HTTPS://WWW.GEODATASOURCE.COM)

EMAIL VALIDATION (HTTPS://WWW.MAILBOXVALIDATOR.COM/)

PHONE VALIDATION (HTTPS://WWW.TELVALIDATOR.COM)

2012-2023 © Geolocation.com. All Rights Reserved.